

NUMBER 13-08-00564-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

HOME-OWNERS INSURANCE COMPANY,                                        Appellant,

v.

PATRICIA WILDEY,                                                             Appellee.

On Appeal from the County Court at Law No. 6
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam**

Appellant, Home-Owners Insurance Company, perfected an appeal from a judgment

entered by the County Court at Law No. 6 of Hidalgo County, Texas, in cause number

CL-07-3797-F.  The parties to this appeal have filed a joint notice of filing of nonsuit on

grounds that the parties have reached a settlement regarding the matters at issue in this

appeal and in the underlying proceeding. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the parties' joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The parties' joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of March, 2009.